Payslip: Amy L Kempczynski (5026671):
08/25/2018 (Regular) - Complete

07:29 AM
09/28/2018
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| Mercy Home Health Services | One West Elm Street, Suite 100<br>Conshohocken, PA 19428<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Amy J Kempczynski | 5026671 | 08/12/2018 | 08/25/2018 | 08/31/2018 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,663.20 | 58.27 | 553.80 | 121.19 | 1,929.94 |
| YTD | 1,184.00 | 47,937.60 | 3,712.06 | 9,769.66 | 2,327.22 | 32,128.66 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 08/12/2018 - 08/25/2018 | 72.00 | 33.29 | 2,396.88 | 1,184.00 | 39,415.36 |
| CTO | | | | | 72.00 | 2,396.88 |
| Vacation | 08/12/2018 - 08/25/2018 | 8.00 | 33.29 | 266.32 | 144.00 | 4,793.76 |
| Holiday | | | | | 40.00 | 1,331.60 |
| Group Term Life | 08/12/2018 - 08/25/2018 | 0.00 | 0.00 | 1.38 | 0.00 | 24.84 |
| | | | Total: | 2,664.58 | | 47,962.44 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 161.59 | 2,908.64 |
| Medicare | 37.79 | 680.25 |
| Federal Withholding | 244.80 | 4,207.56 |
| State Tax - PA | 79.97 | 1,439.46 |
| SUI-Employee Paid - PA | 1.60 | 28.78 |
| City Tax - SPRGF | 26.05 | 468.97 |
| PA LST - SPRGF | 2.00 | 36.00 |
| Total | 553.80 | 9,769.66 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | | 2,663.20 |
| Dental - Delta | 42.05 | 756.90 |
| Vision - United Health Care | 16.22 | 291.96 |
| Total | 58.27 | 3,712.06 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 3) | 95.09 | 1,711.62 |
| After Tax - Short Term Disability - The Hartford | 19.18 | 345.24 |
| Supplemental AD&D - The Hartford | 0.71 | 12.78 |
| Supplemental Child Life - The Hartford | 0.92 | 16.56 |
| Supplemental Life - The Hartford | 2.84 | 51.12 |

Payslip: Amy L Kempczynski (5026671):
08/25/2018 (Regular) - Complete

07:29 AM
09/28/2018
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life Spouse - The Hartford | 2.45 | 44.10 |
| VD Miscellaneous (MSEPA_US LIFE SUPPLEMENTAL LIFE) | | 145.80 |
| Total | 121.19 | 2,327.22 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 2.26 | 40.68 |
| ER - Long Term Disability - The Hartford | 11.48 | 206.64 |
| Total | 13.74 | 247.32 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,606.31 | 46,913.58 |
| Medicare - Taxable Wages | 2,606.31 | 46,913.58 |
| Federal Withholding - Taxable Wages | 2,606.31 | 44,250.38 |
| State Tax Taxable Wages - PA | 2,604.93 | 46,888.74 |
| City Tax Taxable Wages - SPRGF | 2,604.93 | 46,898.40 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| MSEPA Combined Time Off | 0.00 | 0.00 | 0.00 |
| MSEPA Holiday | 0.00 | 0.00 | 16.00 |
| MSEPA Long Term Sick | 0.00 | 0.00 | 1.00 |
| MSEPA Vacation | 6.16 | 8.00 | 7.62 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Amy J Kempczynski (5026671) - 08/31/2018 | Franklin Mint Federal Credit Union | Kempczynski | ******1725 | 1,929.94 | USD |
| | | | Total | 1,929.94 | |

Case 18-16269-elf    Doc 11    Filed 10/17/18    Entered 10/17/18 11:13:34    Desc Main
Document    Page 3 of 6

Payslip Amy J Kempczynski (5026671):
09/08/2018 (Regular) - Complete

07:30 AM
09/28/2018
Page 1 of 2

## Company Information

| Name | Address |
|---|---|
| Mercy Home Health Services | One West Elm Street, Suite 100<br>Conshohocken, PA 19428<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Amy J Kempczynski | 5***671 | 08/26/2018 | 09/08/2018 | 09/14/2018 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,663.20 | 58.27 | 553.80 | 145.49 | 1,905.64 |
| YTD | 1,256.00 | 50,600.80 | 3,770.33 | 10,323.46 | 2,472.71 | 34,034.30 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 08/26/2018 - 09/08/2018 | 72.00 | 33.29 | 2,396.88 | 1,256.00 | 41,812.24 |
| CTO | | | | | 72.00 | 2,396.88 |
| Vacation | | | | | 144.00 | 4,793.76 |
| Holiday | 08/26/2018 - 09/08/2018 | 8.00 | 33.29 | 266.32 | 48.00 | 1,597.92 |
| Group Term Life | 08/26/2018 - 09/08/2018 | 0.00 | 0.00 | 1.38 | 0.00 | 26.22 |
| | | | Total: | 2,664.58 | | 50,627.02 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 161.59 | 3,070.23 |
| Medicare | 37.79 | 718.04 |
| Federal Withholding | 244.80 | 4,452.36 |
| State Tax - PA | 79.97 | 1,519.43 |
| SUI-Employee Paid - PA | 1.60 | 30.38 |
| City Tax - SPRGF | 26.05 | 495.02 |
| PA LST - SPRGF | 2.00 | 38.00 |
| Total: | 553.80 | 10,323.46 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | | 2,663.20 |
| Dental - Delta | 42.05 | 798.95 |
| Vision - United Health Care | 16.22 | 308.18 |
| Total: | 58.27 | 3,770.33 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 3) | 95.09 | 1,806.71 |
| After Tax - Short Term Disability - The Hartford | 19.18 | 364.42 |
| Supplemental AD&D - The Hartford | 0.71 | 13.49 |
| Supplemental Child Life - The Hartford | 0.92 | 17.48 |
| Supplemental Life - The Hartford | 2.84 | 53.96 |

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life Spouse - The Hartford | 2.45 | 46.55 |
| VD Miscellaneous (MSEPA_US LIFE SUPPLEMENTAL LIFE) | 24.30 | 170.10 |
| Total: | 145.49 | 2,472.71 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 2.26 | 42.94 |
| ER - Long Term Disability - The Hartford | 11.48 | 218.12 |
| Total: | 13.74 | 261.06 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,606.31 | 49,519.89 |
| Medicare - Taxable Wages | 2,606.31 | 49,519.89 |
| Federal Withholding - Taxable Wages | 2,606.31 | 46,856.69 |
| State Tax Taxable Wages - PA | 2,604.93 | 49,493.67 |
| City Tax Taxable Wages - SPRGF | 2,604.93 | 49,503.33 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| MSEPA Combined Time Off | 0.00 | 0.00 | 0.00 |
| MSEPA Holiday | 0.00 | 8.00 | 8.00 |
| MSEPA Long Term Sick | 0.00 | 0.00 | 1.00 |
| MSEPA Vacation | 6.16 | 0.00 | 13.78 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Amy J Kempczynski (5026671) - 09/14/2018 | Franklin Mint Federal Credit Union | Kempczynski | ******1725 | 1,905.64 | USD |
| | | | Total | 1,905.64 | |

Payslip Amy J Kempczynski (5026671):
09/22/2018 (Regular) - Complete

## Company Information

| Name | Address |
|---|---|
| Mercy Home Health Services | One West Elm Street, Suite 100<br>Conshohocken, PA 19428<br>United States of America |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Amy J Kempczynski | 5026671 | 09/09/2018 | 09/22/2018 | 09/28/2018 | |

## Current and YTD Totals

| Balance Period | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.00 | 2,663.20 | 58.27 | 553.79 | 121.19 | 1,929.95 |
| YTD | 1,328.00 | 53,264.00 | 3,828.60 | 10,877.25 | 2,593.90 | 35,964.25 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 09/09/2018 - 09/22/2018 | 72.00 | 33.29 | 2,396.88 | 1,328.00 | 44,209.12 |
| CTO | | | | | 72.00 | 2,396.88 |
| Vacation | 09/09/2018 - 09/22/2018 | 8.00 | 33.29 | 266.32 | 152.00 | 5,060.08 |
| Holiday | | | | | 48.00 | 1,597.92 |
| Group Term Life | 09/09/2018 - 09/22/2018 | 0.00 | 0.00 | 1.38 | 0.00 | 27.60 |
| | | | Total | 2,664.58 | | 53,291.60 |

## Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 161.59 | 3,231.82 |
| Medicare | 37.79 | 755.83 |
| Federal Withholding | 244.80 | 4,697.16 |
| State Tax - PA | 79.97 | 1,599.40 |
| SUI-Employee Paid - PA | 1.59 | 31.97 |
| City Tax - SPRGF | 26.05 | 521.07 |
| PA LST - SPRGF | 2.00 | 40.00 |
| Total | 553.79 | 10,877.25 |

## Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | | 2,663.20 |
| Dental - Delta | 42.05 | 841.00 |
| Vision - United Health Care | 16.22 | 324.40 |
| Total | 58.27 | 3,828.60 |

## Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Loan (Loan 3) | 95.09 | 1,901.80 |
| After Tax - Short Term Disability - The Hartford | 19.18 | 383.60 |
| Supplemental AD&D - The Hartford | 0.71 | 14.20 |
| Supplemental Child Life - The Hartford | 0.92 | 18.40 |
| Supplemental Life - The Hartford | 2.84 | 56.80 |

Case 18-16269-elf   Doc 11   Filed 10/17/18   Entered 10/17/18 11:13:34   Desc Main
Document   Page 6 of 6

Payslip - Amy L Kempczynski (5026671):
09/22/2018 (Regular) - Complete

07:31 AM
09/28/2018
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life Spouse - The Hartford | 2.45 | 49.00 |
| VD Miscellaneous (MSEPA_US LIFE SUPPLEMENTAL LIFE) | | 170.10 |
| Total: | 121.19 | 2,593.90 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 2.26 | 45.20 |
| ER - Long Term Disability - The Hartford | 11.48 | 229.60 |
| Total: | 13.74 | 274.80 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,606.31 | 52,126.20 |
| Medicare - Taxable Wages | 2,606.31 | 52,126.20 |
| Federal Withholding - Taxable Wages | 2,606.31 | 49,463.00 |
| State Tax Taxable Wages - PA | 2,604.93 | 52,098.60 |
| City Tax Taxable Wages - SPRGF | 2,604.93 | 52,108.26 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| MSEPA Combined Time Off | 0.00 | 0.00 | 0.00 |
| MSEPA Holiday | 0.00 | 0.00 | 8.00 |
| MSEPA Long Term Sick | 0.00 | 0.00 | 1.00 |
| MSEPA Vacation | 6.16 | 8.00 | 11.94 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Amy J Kempczynski (5026671) - 09/28/2018 | Franklin Mint Federal Credit Union | Kempczynski | ******1725 | 1,929.95 | USD |
| | | | Total | 1,929.95 | |