UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Amy Kempczynski

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Order*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW, this _____ day of _____ 2018, upon consideration of Trustee's Motion, an Answer and a Hearing,

IT IS HEREBY ORDERED

That the Trustee's Motion be denied.

SO ORDERED                                              BY THE COURT

_____
U.S. BANKRUPTCY JUDGE

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Amy Kempczynski

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

*******************************************************************

*Debtor's Answer to The Trustee's Motion to Dismiss*

*******************************************************************

Debtor, by attorney, Allan K. Marshall, Esq. states the following:

1. Debtor filed this Chapter 13 Bky on or about 9/20/18 – less than 3months ago.

2. Debtor has not done anything outrageous to cause any unreasonable delay

WHEREFORE, Debtor prays that the court Deny the Trustee's Motion to Dismiss and for such additional or alternative relief as may be just and proper.

Respectfully Submitted,

/s/_____
Allan K. Marshall, Esq.
Attorney for Debtor
215-569-1904
1819 JFK Blvd  # 400
Phila. PA 19103

December 14, 2018

**Certification of Service**

A copy of the above pleading is being electronically served.