# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16269-ELF

AMY KEMPCZYNSKI

134 MEADOWBROOK

BROOKHAVEN, PA 19015

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    AMY KEMPCZYNSKI

    134 MEADOWBROOK

    BROOKHAVEN, PA 19015

**Counsel for debtor(s), by electronic notice only.**
    ALLAN K MARSHALL ESQUIRE
    1819 JFK BLVD
    STE 400
    PHILA, PA 19103

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

        /s/ William C. Miller

Date: 1/30/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee