UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Amy Kempczynski                                    Chapter: 13,
                                                   BANKRUPTCY NO: 18-16269-ELF

*************************************************************************

**ORDER GRANTING APPLICATION OF ALLAN K. MARSHALL
FOR ATTORNEY FEE**

*************************************************************************

    AND NOW, this _____ day of _____ 2019 upon the Application of Debtor's Counsel for Attorney Fee, costs and Expenses,

    IT IS HEREBY ORDERED

    The Chapter 13 is authorized to pay a sum of $2,100 to Allan K. Marshall towards the unpaid attorney fee ($1,750 ) and $350 for Costs and Expenses for a total of $2,100 for services rendered in the above matter.

SO ORDERED                                         BY THE COURT

                                                   _____
                                                   U.S. BANKRUPTCY JUDGE

Ms. Amy Kempczynski
134 Meadowbrook
Brookhaven, PA 19015

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Amy Kempczynski                             Chapter: 13,
                                            BANKRUPTCY NO: 18-16269-ELF
******************************************************************************

**APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE**

******************************************************************************

Allan K. Marshall, attorney for Debtor submits as follows:

1. That he is the attorney for Debtor.

2. Immediately following this Application is the Itemization of Services Rendered.

3. Amount Client Promised    $3,800
   Amount Client paid:       $2,050
   Amount Unpaid             $1,750

WHEREFORE, This Fee Application Should Be Approved.

                                       Respectfully Submitted,

                                       /s/_____
                                       Allan K. Marshall
                                       Attorney for Debtor

February 17, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Amy Kempczynski                                            Chapter: 13,
                                                           BANKRUPTCY NO: 18-16269-ELF
*************************************************************************

**STATEMENT OF SERVICES RENDERED**
**As a Part of the Basic Bankruptcy**
*************************************************************************

Office conference (s) with client
Review of documents (bills) for filing of
Bankruptcy
Review of Bankruptcy papers
Mailing of Notice of Bankruptcy to Creditors
Call to clt re 341 Meeting of Creditors
Preparation for Meeting of Creditors
Travel/wait time Re: Meeting of Creditors
Preparation of Client for Meeting of Creditors
Representation at Meeting of Creditors
Review with clt after the 341 Meeting
Review of documents to and from creditors
Phone calls to and from creditors
Phone calls to and from client
Preparation of this Statement
Additional Time to close this case
Preparation of this Fee Application
*Representation of debtor in Motions by Ch.13 Trustee to Dismiss this case*
*Objection to Confirmation*

    Allan K. Marshall, Counsel for the debtor, hereby seeks an award of compensation of $1,750 for the following expenses.

|  | Costs and Expenses |  |
|---|---|---|
| Court Filing Gee Paid tot his court |  | $310 |
| Credit Report Fee |  | $40 |
| Total for costs: |  | $350 |

    Respectfully Submitted,

    /s/_____
    Allan K. Marshall
    Attorney for Debtor

February 17, 2019

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Amy Kempczynski                                Chapter: 13,
                                               BANKRUPTCY NO: 18-16269-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATION OF SERVICE OF
**APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is to certify that a copy of the above documents has been served to the following:

Allan K. Marshall, Esq
1819 JFK Blvd, #400
Phila PA 19103

Ms. Amy Kempczynski
134 Meadowbrook
Brookhaven, PA 19015

US TRUSTEE OFFICE
Curtis Ctr. West Bldg, 9th Fl.
7th and Sansom
Phila PA 19106

William Miller, Esq.
P O Box 40119
Phila PA 19106

                                    Respectfully Submitted,

                                    _/s/_____
                                    Allan K. Marshall
                                    Attorney for Debtor

DATE OF MAILING: February 17, 2019

5