UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Amy Kempczynski                                     Chapter: 13,
                                                    BANKRUPTCY NO: 18-16269-ELF

*************************************************************************

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE, TIME AND PLACE**

*************************************************************************

1.  Please note that the above named debtor has filed an Application (motion) with the Bankruptcy Court. The title of the motion is:

    APPLICATION OF DEBTOR'S COUNSEL FOR
    ATTORNEY FEE

    The purpose of this motion is to obtain a court order for the payment of the attorney fee and cost for a total of $2,100.00

2.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney).**

3.  If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then or before 11/5/19 you must do all of the following:

    a) Mail a copy of the response to the court at the following address. The deadline for the receipt of the response is 11/5/19. Please mail it early enough so that it gets there, before deadline.

    UNITED STATES BANKRUPTCY COURT
    900 Market Street, 4th Floor, Philadelphia, PA 19107

    b) Mail a copy to me at my address at the bottom of this notice.

4.  If you do not take the steps in the above paragraphs, and you do not attend the hearing, the court may grant the order attached to the motion (copy enclosed).

5.  **Hearing Date and Time of the hearing on the Motion:** 11/12/19 at 1 PM.
    The hearing on the motion is scheduled at the following address:
    UNITED STATES BANKRUPTCY COURT
    Before the Honorable Eric L. Frank (Judge)
    900 Market Street, 2nd Floor, Court ROOM # 3, Philadelphia, PA 19107

5.  You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

By: /s/ *Allan K. Marshall, Esquire*

Allan K. Marshall, Esquire
Attorney for Debtor
1819 JFK Blvd # 400, Phila, PA 19103
Phone: 215-569-1904                                   Date of Notice: October 13, 2019

1