**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | AMY KEMCZYNSKI, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No.  18-16269 ELF |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The hearing on the Application for Compensation filed by the Debtor's counsel is **CONTINUED** to **December 10, 2019, at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. Counsel for the Debtor **SHALL APPEAR** at the hearing.

**Date: November 26, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**