**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     AMY KEMCZYNSKI,          :     Chapter 13
                                    :
           Debtor                   :     Bky. No.  18-16269 ELF

# O R D E R

**AND NOW,** the Debtor's counsel having filed an Application for Compensation ("the Application") (Doc. # 23) and having scheduled a hearing on the Application on **November 12, 2019, at 1:00 p.m.**;

**AND**, the Debtor's counsel having failed to appear at the hearing on **November 12, 2019**;

**AND**, the court having continued the hearing to **November 26, 2019, at 1:00 p.m.**, at which time the Debtor's counsel again failed to appear;

**AND**, the court having again **CONTINUED** the hearing to **December 10, 2019, at 1:00 p.m.**, by order that expressly directed the Debtor's counsel to appear;

**AND**, the Debtor's counsel again having failed to appear on **December 10, 2019**;

It is therefore **ORDERED** that the Application is **DENIED** for lack of prosecution.

Date: December 10, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**