United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Amy Kempczynski  
     Debtor

Case No. 18-16269-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Dec 11, 2019  
                      Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2019.  
db          +Amy Kempczynski,    134 Meadowbrook,    Brookhaven, PA 19015-2813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Dec 12 2019 03:22:17     City of Philadelphia,  
           City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,  
           Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2019 03:21:59  
           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,  
           Harrisburg, PA  17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2019 03:22:13     U.S. Attorney Office,  
           c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
cr         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 12 2019 03:12:00  
           Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,  
           Oklahoma City, OK 73118-7901  
                                                                                                                                                                                                         TOTAL: 4

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2019 at the address(es) listed below:  
        ALLAN K. MARSHALL    on behalf of Debtor Amy  Kempczynski akm6940@aol.com  
        KEVIN G. MCDONALD    on behalf of Creditor    State Financial Network LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                                                              TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | AMY KEMCZYNSKI, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-16269 ELF |

## O R D E R

**AND NOW,** the Debtor's counsel having filed an Application for Compensation ("the Application") (Doc. # 23) and having scheduled a hearing on the Application on **November 12, 2019, at 1:00 p.m.**;

**AND**, the Debtor's counsel having failed to appear at the hearing on **November 12, 2019**;

**AND**, the court having continued the hearing to **November 26, 2019, at 1:00 p.m.**, at which time the Debtor's counsel again failed to appear;

**AND**, the court having again **CONTINUED** the hearing to **December 10, 2019, at 1:00 p.m.**, by order that expressly directed the Debtor's counsel to appear;

**AND**, the Debtor's counsel again having failed to appear on **December 10, 2019**;

It is therefore **ORDERED** that the Application is **DENIED** for lack of prosecution.

Date: December 10, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**