UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Amy Kempczynski

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Order*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AND NOW, this            day of            2020, upon consideration of
Trustee's Motion, an Answer and a Hearing,

IT IS HEREBY ORDERED

That the Trustee's Motion be denied.

SO ORDERED                                    BY THE COURT

                                    _____
                                    U.S. BANKRUPTCY JUDGE

1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Amy Kempczynski                              Chapter: 13,
                                             BANKRUPTCY NO: 18-16269-ELF
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Debtor's Answer to The Trustee's Motion to Dismiss*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Debtor, by attorney, Allan K. Marshall, Esq. states the following:

1.    Debtor has already mailed many of the trustee payments. Deficiency, if any,
      shall be cured within the next 45 days.

      WHEREFORE, Debtor prays that the court Deny the Trustee's Motion to
Dismiss or continue this Hearing and for such additional or alternative relief as may
be just and proper.

                                   Respectfully Submitted,


                                   /s/_____
                                   Allan K. Marshall, Esq.
                                   Attorney for Debtor
                                   215-569-1904
                                   1819 JFK Blvd  # 400
                                   Phila. PA 19103
June 15, 2020

**Certification of Service**
A copy of the above pleading is being electronically served.