UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re

Amy Kempczynski                                    Chapter: 13,
                                                   BANKRUPTCY NO: 18-16269-ELF

**************************************************************************

**ORDER GRANTING APPLICATION OF ALLAN K. MARSHALL**
**FOR ATTORNEY FEE**

**************************************************************************

AND NOW, this          day of          2020 upon the Application of Debtor's Counsel for Attorney Fee, costs and Expenses,

IT IS HEREBY ORDERED

The Chapter 13 is authorized to pay a sum of $1,750 to Allan K. Marshall towards the unpaid attorney fee ($1,750 ) for a total of $1,750 for services rendered in the above matter.

SO ORDERED                                         BY THE COURT

                                                   _____
                                                   U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re

Amy Kempczynski

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Allan K. Marshall, attorney for Debtor submits as follows:

1.    That he is the attorney for Debtor.

2.    Immediately following this Application is the Itemization of Services
      Rendered.

3.    Attorney fee Client Promised:      $3,800
      Plus Court Filing fee             $310
      Plus Credit Report Fee            $40
      Total Due:                        $4,150
      Amount Client paid:               $2,400
      Amount Unpaid                     $1,750

WHEREFORE, This Fee Application Should Be Approved.

Respectfully Submitted,

_/s/_____
Allan K. Marshall
Attorney for Debtor

July 15, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re

Amy Kempczynski

Chapter: 13,

BANKRUPTCY NO: 18-16269-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF SERVICES RENDERED
### As a Part of the Basic Bankruptcy

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Office conference (s) with client
Review of documents (bills) for filing of
Bankruptcy
Review of Bankruptcy papers
Mailing of Notice of Bankruptcy to Creditors
Call to clt re 341 Meeting of Creditors
Preparation for Meeting of Creditors
Travel/wait time Re: Meeting of Creditors
Preparation of Client for Meeting of Creditors
Representation at Meeting of Creditors
Review with clt after the 341 Meeting
Review of documents to and from creditors
Phone calls to and from creditors
Phone calls to and from client
Preparation of this Statement
Additional Time to close this case
Preparation of this Fee Application
*Representation of debtor in Motions by Ch.13 Trustee to Dismiss this case*
*Objection to Confirmation*
*Plan*
*Confirmed on 4/19/19.*

Allan K. Marshall, Counsel for the debtor, hereby seeks an award of compensation of $1,750
for the attorney fee.

Costs and Expenses (Client has Already Paid)

| | |
|---|---|
| Court Filing Gee Paid tot his court | $310 |
| Credit Report Fee | $40 |
| Total for costs: | $350 |

| | |
|---|---|
| Total for costs: | $350 |
| **Total Due** | **1,750** |

**Details of the Payments Received from the Debtor**
(Attorney Disclosure of fees pursuant to Rule 2016 (b)
The debtor made the following payments on the following dates:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| **Date** | **Amount** | |
|----------|------------|---|
| 12/10/18 | $2,400 | Initial Payment (Pre-Petition Retainer to file Ch. 13) |
| **Balance Due** | | **1,750** |

Respectfully Submitted,

/s/_____
Allan K. Marshall
Attorney for Debtor

July 15, 2020

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Amy Kempczynski

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Certification of Service of**
**Application of Debtor's Counsel for**
**Attorney Fee**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This is to certify that a copy of the above documents has been served to the following:

Ms. Amy Kempczynski
134 Meadowbrook
Brookhaven, PA 19015

Respectfully Submitted,
_/s/_____
Allan K. Marshall
Attorney for Debtor

DATE OF MAILING: July 15, 2020