UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Amy Kempczynski

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE, TIME AND PLACE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.      Please note that the above named debtor has filed an Application (motion) with the Bankruptcy Court.      The title of the motion is:

APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE

The purpose of this motion is to obtain a court order  for the payment of the attorney fee and cost for a total of $1,750.00

**2.      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney).**

3.      If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then or before 8/1/20 you must do all of the following: a) Mail a copy of the response to the court at the following address. The deadline for the receipt of the response is 8/1/20 Please mail it early enough so that it gets there, before deadline.

UNITED STATES BANKRUPTCY COURT
900 Market Street, 4th Floor, Philadelphia, PA 19107

b) Mail a copy to me at my address at the bottom of this notice.

4.       If you do not take the steps in the above paragraphs, and you do not attend the hearing, the court may grant the order attached to the motion (copy enclosed).

By: /s/ *Allan K. Marshall, Esquire*

Allan K. Marshall, Esquire
Attorney for Debtor
1819 JFK Blvd # 400, Phila, PA 19103
Phone: 215-569-1904

Date of Notice: July 15, 2020

1