UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Amy Kempczynski                              Chapter: 13,
                                             BANKRUPTCY NO: 18-16269-ELF

*******************************************************************\

CERTIFICATION OF SERVICE OF
APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE
***************************************************************************

Allan K. Marshall, Esq. states the following:

1.   On 7/15/20 I mailed a copy of the Notice of Hearing on the Fee Application to the debtor and the Creditors on the Matrix.

                                   Respectfully Submitted,

                                   /s/_____
                                   Allan K. Marshall, Esq.
                                   Attorney for Debtor
                                   215-569-1904
                                   1819 JFK Blvd #400
                                   Phila. PA 19103
                                   Phone: (215)-569-1904

August 12, 2020

1