UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Amy Kempczynski

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

******************************************************************

CERTIFICATION OF NO RESPONSE TO THE
APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE

******************************************************************

Allan K. Marshall, Esq. states the following:

1.   On 7/15/20 I mailed a copy of the Notice of Hearing regarding Attorney Fee Application to the debtor and all the creditors and the Trustee.

2.   The deadline for the responsive pleading was 8/1/20.

3.   As of today, I have not received any response or objection.

WHEREFORE, the court should enter the Order attached to the fee application and for such additional or alternative relief as may be just and proper.

Respectfully Submitted,
/s/_____
Allan K. Marshall, Esq.
Attorney for Debtor
215-569-1904
1819 JFK Blvd #400
Phila. PA 19103
Phone: (215)-569-1904

August 12, 2020

1