,F

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Amy Kempczynski                                             Chapter: 13,
                                                            BANKRUPTCY NO: 18-16269-ELF

******************************************************************
CERTIFICATION OF NO RESPONSE TO THE
APPLICATION OF DEBTOR'S COUNSEL FOR
ATTORNEY FEE
******************************************************************

Allan K. Marshall, Esq. states the following:

1.    On 7/15/20, I mailed a copy of the Notice Attorney Fee Application to the debtor, all the creditors and the Trustee.

2.    The deadline for the responsive pleading was 8/1/20.

3.    As of today, I have not received any response or objection.

    WHEREFORE, the court should enter the Order attached to the fee application and for such additional or alternative relief as may be just and proper.

                                            Respectfully Submitted,
                                            /s/_____
                                            Allan K. Marshall, Esq.
                                            Attorney for Debtor
                                            215-569-1904
                                            1819 JFK Blvd #400
                                            Phila. PA 19103
                                            Phone: (215)-569-1904

September 17, 2020

1