**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:
Amy Kempczynski

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation filed by the Debtor's counsel, and upon the Applicant's certification that proper service has been made on all interested parties, and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation in the amount of **$3,800** and reimbursement of expenses in the amount of **$ 350** are **ALLOWED** in favor of the Applicant.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation and reimbursement of expenses set forth in ¶2 above as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), less **$2400**, which has been previously paid by the Debtor, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Net Amount Due, now, to the counsel of the Debtor is $1,750.00**

**Date:**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**