*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Amy Kempczynski
    Debtor(s)

Case No: 18–16269–elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments Filed by WILLIAM C. MILLER, Esq. Represented by WILLIAM C. MILLER, Esq.

    on: 9/7/21

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/29/21

Timothy B. McGrath
Clerk of Court

87 – 84
Form 167