# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                             Chapter 13

                                             Bankruptcy No. 18-16269-ELF

AMY  KEMPCZYNSKI

134 MEADOWBROOK

BROOKHAVEN, PA 19015

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    AMY  KEMPCZYNSKI

    134 MEADOWBROOK

    BROOKHAVEN, PA 19015


Counsel for debtor(s), by electronic notice only.

    ALLAN K MARSHALL ESQUIRE
    1819 JFK BLVD
    STE 400
    PHILA, PA 19103-

                                                        /S/ Kenneth E. West

Date: 1/12/2022                                           _____

                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee