**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Amy Kempczynski<br>                Debtor<br><br>State Financial Network LLC<br>                Movant<br>    vs.<br><br>Amy Kempczynski<br>                Debtor<br><br>and Kenneth E. West, Esq.<br>                Trustee | Chapter 13<br><br><br>NO. 18-16269 ELF<br><br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this   8th   day of   August  , 2022 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on October 15, 2020, it is **ORDERED** that the automatic stay ounder 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow State Financial Network LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 134 Meadowbrook Lane Brookhaven, PA 19015.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**