United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 18-16269-mdc

Amy Kempczynski | Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 01, 2023 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Amy Kempczynski, 134 Meadowbrook, Brookhaven, PA 19015-2813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 02 2023 00:15:15 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALLAN K. MARSHALL | on behalf of Debtor Amy Kempczynski akm6940@aol.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor State Financial Network LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 01, 2023                       Form ID: 167                              Total Noticed: 2

KENNETH E. WEST
                            on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                            on behalf of Creditor State Financial Network LLC bkgroup@kmllawgroup.com

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Amy Kempczynski

      Debtor(s)

Case No: 18−16269−mdc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED \***
Motion to Dismiss Case. There has been a material default by debtor(s) with respect to a term of a confirmed plan pursuant to 11 U.S.C. Section 1307(c)(6). Filed by KENNETH E. WEST Represented by KENNETH E. WEST

on: 3/23/23

at: 09:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/1/23

Timothy B. McGrath
Clerk of Court