Certificate Number: 06531-PAE-DE-037589758

Bankruptcy Case Number: 18-16269



06531-PAE-DE-037589758

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2023, at 5:26 o'clock PM CDT, Amy J Kempczynski completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 13, 2023              By:    /s/Connie Krosch

                                  Name:  Connie Krosch

                                  Title: Certified Credit Counselor