## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:
**Amy Kempczynski**

Chapter: 13,
BANKRUPTCY NO: 18-16269-ELF

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Debtor's Affidavit re
### Domestic Support Obligations

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    My name is Amy Kempczynski.

2.    I ma the debtor in the above case.

3.    I certify that I do not owe any domestic support obligation;

I certify under the penalty of perjury that the above statements are true.



/s/ Amy Kempczynski
**Signature**

/s/ Amy Kempczynski
**Name   Amy Kempczynski**

Date: September 20, 2023

FILED
SEP 2 2 2023
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK