United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-16269-mdc
Amy Kempczynski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Sep 25, 2023      Form ID: 138OBJ      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Kempczynski, 134 Meadowbrook, Brookhaven, PA 19015-2813 |
| 14200724 | ++++ | ASPIRE/CB&T, 9 CORPORATE RIDGE PKWY, COLUMBUS GA 31907-3049 address filed with court:, Aspire/cb&t, 9 Mutec Dr, Columbus, GA 31907 |
| 14211701 | + | State Financial Network LLC, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14200733 | + | Udren Law Office, 111 Woodrest, Cherry Hill, NJ 08003-3620 |
| 14200734 | + | Walter Kempczybski, 134 Meadowbrook, Brookhaven, PA 19015-2813 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2023 01:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2023 01:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14200725 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 26 2023 00:27:16 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14223647 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2023 00:56:08 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14203255 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2023 00:55:59 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14200726 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 26 2023 01:13:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14200727 | + | Email/Text: mrdiscen@discover.com | Sep 26 2023 01:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14200728 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 26 2023 00:55:28 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14788606 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2023 01:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14200729 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2023 01:13:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14227871 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2023 01:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14200730 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 26 2023 01:13:00 | PECO, P O Box 37629, Philadelphia, PA 19101-0629 |
| 14220512 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 26 2023 01:13:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14200731 | + | Email/Text: randall.jackson@statefinancialnetwork.com | Sep 26 2023 01:13:00 | State Financial Networ, 5 Hillman Dr Ste 300, Chadds Ford, PA 19317-9752 |
| 14200732 | + | Email/Text: randall.jackson@statefinancialnetwork.com | Sep 26 2023 01:13:00 | State Financial Network, 1974 SPROUL ROAD SUITE 404, Broomall, PA 19008-3402 |
| 14237549 | + | Email/Text: randall.jackson@statefinancialnetwork.com | Sep 26 2023 01:13:00 | State Financial Network LLC, c/o David T. Park, 5 Hillman Drive suite 300, Chadds Ford, Pa 19317-9752 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALLAN K. MARSHALL | on behalf of Debtor Amy Kempczynski akm6940@aol.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor State Financial Network LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor State Financial Network LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Amy Kempczynski
        Debtor(s)

Case No: 18−16269−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/25/23

130 − 126
Form 138OBJ